TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00589-CV

In the Matter of C. A. B.

FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY 

NO. 161,814-C, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING 

PER CURIAM

 C. A. B. has filed a motion to withdraw this appeal. Ten days have passed without
any objection that this dismissal will prevent any other party from seeking relief. We grant the
motion and dismiss this appeal. See Tex. R. App. P. 42.1(a)(2).

Before Chief Justice Aboussie, Justices Powers and Kidd

Dismissed on Appellant's Motion

Filed: December 10, 1998

Do Not Publish